United States Court of Appeals
Fifth Circuit

**F I L E D**

**March 16, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

---

04-60879
Summary Calendar

---

COASTAL CARGO AND INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA,

Petitioners,

Versus

JOSEPH FLOWERS AND DIRECTOR, OFFICE OF WORKERS' COMPENSATION
PROGRAMS, UNITED STATES DEPARTMENT OF LABOR

Respondents.

---

Appeal from the United States Department of Labor
Benefits Review Board
BRB No. 03-0817

---

Before DAVIS, SMITH and DENNIS, Circuit Judges.

PER CURIAM:[1]

Petitioner appeals an award of attorney's fees by the Benefits Review Board in the amount of $4,515.00 to the claimant pursuant to section 28(a) of the Longshore and Harbor Workers' Compensation Act. 33 U.S.C. § 928(a). Respondents seek an additional $937.50 in fees for prosecuting this appeal. For essentially the reasons

---

[1]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

-1-

stated in the Benefits Review Board's decision, we AFFIRM the award of $4,515.00. We award an additional $937.50 to claimant for the fees and costs incurred in prosecuting this appeal. This is the amount claimant requests and petitioners have not challenged its reasonableness.